UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| KARL LOUIS AMMANN, | ) | Case No. C07-1393RAJ |
| Petitioner, | ) | |
| v. | ) | ORDER OF DISMISSAL |
| STEVE THOMPSON, | ) | |
| Respondent. | ) | |

The court, after careful consideration of petitioner's 28 U.S.C. § 2254 petition for writ of habeas corpus, the Report and Recommendation of the Honorable James P. Donohue, United States Magistrate Judge, the objections of petitioner to the Report and Recommendation, as well as the governing authorities and the balance of the record, does hereby find and ORDER:

(1)  The Court adopts the Report and Recommendation.

(2)  Petitioner's § 2254 petition (Dkt. No. 5) is DENIED and this case DISMISSED without prejudice.

(3)  The Clerk is directed to send copies of this Order to all counsel of record and to Judge Donohue, and to enter judgment in this action.

DATED this 4th day of January, 2008.

*[signature: Richard A. Jones]*

The Honorable Richard A. Jones

ORDER DISMISSING § 2254 PETITION

01
02
03
04
05
06
07
08
09
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

ORDER DISMISSING § 2254 PETITION